IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-00067-WDM-PAC

MARVIN BISHOP,

    Plaintiff,

v.

CONAGRA FOODS, INC., et al.,

    Defendants.

---

### NOTICE OF DISMISSAL OF TWO DEFENDANTS ONLY

---

The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice as to Stephanie Siedschlag and Eric Fitch only in accordance with Fed. R. Civ. P. 41(a)(1).  Accordingly, the complaint is dismissed with prejudice as to Stephanie Siedschlag and Eric Fitch only, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on February 15, 2007.

                                                  BY THE COURT:

                                                s/ Walker D. Miller
                                                United States District Judge

PDF FINAL