IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00067-WDM-PAC

MARVIN BISHOP,

    Plaintiff(s),

v.

CONAGRA FOODS, INC.,

    Defendant(s).
_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE**

    IT IS HEREBY **ORDERED**   that Plaintiff's Motion for Leave to Amend Complaint, and for Acceptance of Contemporaneously - Filed Amended Complaint  [Docket No. **9**, Filed March 09, 2007]   is **GRANTED** finding good cause shown.
The Amended Complaint is accepted for filing as of the date of this order.


Order entered by Magistrate Judge Michael J. Watanabe for Magistrate Judge Patricia A. Coan/Magistrate Judge O. Edward Schlatter.


Dated:  March 14, 2007